| |
|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |

| | |
|---|---|
| IN RE:<br><br>SCOTT ROTHBERG,<br><br><br>            Debtor | Case No.:  08-29829 MS |

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

   Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $1,269.25, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:    CITIMORTGAGE INC
                         PO BOX 6006
                         THE LAKES, NV  88901

Amount:                  $1,269.25

Trustee Claim Number:    21

Court Claim Number:      6

Reason:                   Checks have been returned as undeliverable


                                        By:   /S/  Marie-Ann Greenberg
Dated:  November 20, 2013                     MARIE-ANN GREENBERG
                                              CHAPTER 13 STANDING TRUSTEE